UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RANDELL ORANGE (#447630)

VERSUS

DEPARTMENT OF CORRECTIONS,
ET AL

CIVIL ACTION

NO. 10-492-RET

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 23, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's Complaint will be dismissed, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, November 17, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA